IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| LAURA GOUPIL, | Case No. 1:17-cv-02486 |
| Plaintiff, | |
| v. | MAGISTRATE JUDGE THOMAS M. PARKER |
| COMMISSIONER OF SOCIAL SECURITY, | **OPINION AND ORDER** |
| Defendant. | |

Before the Court is a joint motion to remand this case to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). ECF. Doc. No. 17. The joint motion states:

> The parties, by and through their respective counsel, respectfully move this Court to enter an order remanding this case for further proceedings, pursuant to the fourth sentence of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will vacate the findings in the Administrative Law Judge's (ALJ's) decision and the Commissioner will conduct further proceedings and develop the administrative record as necessary, including reevaluating the opinions of record, to determine anew whether Plaintiff is disabled within the meaning of the Social Security Act.

*See* ECF Doc. 17.

Upon consideration, the parties' joint motion is GRANTED.

The Commissioner's decision is REVERSED and this matter is REMANDED for further proceedings consistent with the relief requested in the parties' joint motion, as set forth above.

A Judgment Entry will be separately published.

**IT IS SO ORDERED.**

Dated: July 16, 2018

Thomas M. Parker
United States Magistrate Judge